UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| Prob22 (3/03) **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) CR-13-00085-002-HE |
|---|---|
| | DOCKET NUMBER (Rec Court) 3:14-00017-01 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Neal Michael Crosley | DISTRICT Western District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Tim Leonard, Senior United States District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM December 20, 2013 | TO December 19, 2016 |

Offense:

Access Device Fraud, Aiding and Abetting; 18 U.S.C. §§ 1029(a)(2) & 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1/21/14_
Date

_[signature]_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2-4-14_
Date

_[signature]_
United States District Judge